UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANDOVAL,<br><br>                                  Petitioner,<br>v.<br><br>SAN DIEGO COUNTY SHERIFF DEPARTMENT AND WILLIAM GORE,<br>                                 Respondents. | Case No.: 18cv1459-GPC(JLB)<br><br>**ORDER REJECTING DOCUMENT AND DIRECTING CLERK OF COURT TO PROVIDE DOCUMENTS TO PETITIONER** |

On June 26, 2018, Petitioner Luis Sandoval, proceeding *pro se*, filed a petition for writ of habeas corpus and a motion for leave to proceed *in forma pauperis*. (Dkt. Nos. 1, 2.) On July 12, 2018, Petitioner filed three hand-written, single spaced, mostly illegible letters. (Dkt. Nos. 4, 6, 8.) On July 13, 2018, Petitioner also filed what the Court construed as a Supplemental to Petition which is also illegible. (Dkt. No. 10.) On July 18, 2018, after a review of these documents, the Court denied Petitioner's *in forma pauperis* application and dismissed the petition without prejudice. (Dkt. No. 11.) The Court explained Petitioner had failed to provide the required Prison Certificate as part of his request to proceed *in forma pauperis*. (Id. at 1.) Next, the Court noted that Petitioner is "largely illegible and lacks coherence" and failed to assert that he is "in custody in violation of the Constitution or law or treaties of the United States. 28 U.S.C. 2254." (Id.

1

at 2.) Finally, the Court noted that Petitioner failed to allege exhaustion of state judicial remedies. (Id. at 3-5.)

Since then, Petitioner has continuously sent letters to the Court that have been rejected with a Notice of Document Discrepancy indicating that the documents are illegible pursuant to Civil Local Rule 5.3 and that the case was dismissed on July 18, 2018, and to reopen Petitioner must pay the filing fee or provide adequate proof of his inability to pay and file a first amended petition. (Dkt. Nos. 12, 13.) Additional illegible letters were rejected by the Court. (Dkt. Nos. 14, 15, 16, 17.)

On August 21, 2018, the Court again received the instant illegible letter from Petitioner without curing the deficiencies Court noted in the Court's order of July 18, 2018 in order to re-open Petitioner's case. The Court again REJECTS the document as illegible and also for failure to cure the deficiencies the Court noted in its July 18, 2018 order. In order to reopen the case, Petitioner **MUST** provide a **legible** first amended petition, with the required Prison Certificate if he seeks to proceed *in forma pauperis*, allege he is "in custody in violation of the Constitution or law or treaties of the United States" with supporting facts, and properly allege exhaustion of state remedies as explained in the Court's July 18, 2018 order.

The Clerk of Court is directed to mail Petitioner another blank Prisoner Packet together with a copy of this Order and a copy of the Court's July 18, 2018 order detailing the deficiencies in his petition. Petitioner shall file an Amended Petition curing the deficiencies noted in the Court's July 18, 2018 order no later than **September 28, 2018.**

**Petitioner is advised that if he fails to comply with the Court's order this action may be subject to dismissal for failure to prosecute and failure to comply with the Court's order.**

IT IS SO ORDERED.

Dated: August 16, 2018

Hon. Gonzalo P. Curiel
United States District Judge